HICKS v. REAVIS

No. 74P86.

Case below: 78 N.C. App. 315.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 6 May 1986.

IN RE APPEAL OF BASSETT FURNITURE INDUSTRIES

No. 147A86.

Case below: 79 N.C. App. 258.

Motion by Rockingham County to dismiss appeal for failure to show a substantial constitutional question allowed 6 May 1986.

LAND-OF-SKY REGIONAL COUNCIL v. CO. OF HENDERSON

No. 7P86.

Case below: 78 N.C. App. 85.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

OLYMPIC PRODUCTS CO. v. ROOF SYSTEMS, INC.

No. 231P86.

Case below: 79 N.C. App. 436.

Petitions by defendants (Carolina Steel and Craven Steel, Inc.) for discretionary review under G.S. 7A-31 denied 6 May 1986. Motion by plaintiff and defendant (Carlisle Co.) to dismiss appeals by defendants (Carolina Steel and Craven Steel, Inc.) for lack of substantial constitutional question allowed 6 May 1986.

PARKS v. DEPT. OF HUMAN RESOURCES

No. 151P86.

Case below: 79 N.C. App. 125.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.